B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

EASTERN District Of OKLAHOMA

In re: JEANETTE LEANN HUNTER                  Case No. 18-80810

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Ditech Financial LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 6863

Court Claim # (if known): 17-1
Amount of Claim: $ 34,647.48
Date Claim Filed: 11/21/2018

Phone: (888)298-7785
Last Four Digits of Acct. #: 7544

Name and Address where transferee payments should be sent (if different from above):
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 6863

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sumit Bode                          Date 01/31/2019
     AIS Portfolio Services, LP as agent
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.