UNITED STATES BANKRUPTCY COURT  
Eastern District of Oklahoma  
Case No.: 18−80810  
Chapter: 11

**FILED**  
Feb. 13, 2019  
Therese Buthod, Clerk  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:

    Jeanette Leann Hunter  
    dba Three Rivers Pizzeria  
    dba Hunter Enterprises  
    dba Shadow Wood Mall  
    dba Doyle Bland Leasing  
    fdba Linden of Pizza  
    223 North 3rd Street  
    Suite 105  
    Muskogee, OK 74401

Social Security No.:  
    xxx−xx−1475

Employer's Tax I.D. No.:

**ORDER**

Order and Notice of Transfer of Claim Other Than for Security: Claim No.9−1 was filed or deemed filed under 11 U.S.C. Section 1111 (a) in this case or transferred to the alleged transferor Federal National Mortgage Association . As evidence of the transfer of that claim, the transferee, U.S. Bank Trust National Association as Trustee of Chalet Series III Trust filed a Transfer of Claim Other than for Security in the clerk's office of this court on 2/13/2019. The alleged transferor of the claim is notified that the transfer will be recognized and transferee will be substituted as the original claimant without further order of the court unless an objection is filed within twenty−one (21) days after the entry of this Order and Notice as set forth in Rule 3001(e), Fed. R. Bankr. P. or the Claim is disallowed by Court Order. This Order and Notice shall serve as notice of the transfer of Proof of Claim no other Order will be entered. (RE: related document(s)125 Transfer of Claim filed by Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust). IT IS SO ORDERED by /s/ Judge Tom R. Cornish on 2/13/2019. (Clark, Tina)THE MOVING PARTY IS TO SERVE THIS ORDER ON ALL INTERESTED PARTIES REQUIRED BY THE BANKRUPTCY RULES UNLESS THE PARTY RECEIVED ELECTRONIC NOTICE.This notice of Electronic Filing is the Official ORDER for this entry.

BY THE COURT

Dated: February 13, 2019